UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTIS WILLIAMS,<br><br>              Plaintiff,<br><br>vs.<br><br>GWINNETT COUNTY PUBLIC SCHOOLS, et al.,<br><br>              Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-2206-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 1st day of October, 2010.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                    By: <u>s/ Traci Clements Campbell</u>
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 1, 2010
James N. Hatten
Clerk of Court

By:<u> s/ Traci Clements Campbell</u>
       Deputy Clerk